IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| DANNY PARAYNO MALBOG, | ) | CV 20-00500 JAO-RT |
| | ) | |
| Plaintiff, | ) | ORDER ADOPTING |
| | ) | MAGISTRATE JUDGE'S |
| vs. | ) | FINDINGS AND |
| | ) | RECOMMENDATION TO GRANT |
| KILOLO KIJAKAZI, | ) | PETITION FOR 406(B) FEES |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION TO
GRANT PETITION FOR 406(B) FEES

Findings and Recommendation having been filed and served on all parties

on July 27, 2023, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to 28 U.S.C.

§ 636(b)(1)(C) and Local Rule 74.1, the Findings and Recommendations are

adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED:     Honolulu, Hawaiʻi, August 14, 2023.



Jill A. Otake
United States District Judge